**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **McBattas Packaging & Printing, Inc** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-0836205** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **516 5th St**<br>**Fairbury, NE 68352-2648**<br>Number, Street, City, State & ZIP Code | **PO Box 262**<br>**Fairbury, NE 68352-0262**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **McBattas Packaging & Printing, Inc**                                Case number (*if known*)
           Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **McBattas Packaging & Printing, Inc**                Case number (*if known*) _____

     Name

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

    ■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

    .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **McBattas Packaging & Printing, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 16, 2017**
                         MM / DD / YYYY

X  **/s/ Frederick A Arnold**                                    **Frederick A Arnold**
Signature of authorized representative of debtor                  Printed name

Title      **President**

---

**18. Signature of attorney**

X  **/s/ David P. Lepant**                          Date  **February 16, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**David P. Lepant**
Printed name

**Lepant Law Office, P.C. LLO**
Firm name

**119 N 5th St**
**Beatrice, NE 68310-3902**
Number, Street, City, State & ZIP Code

Contact phone _____      Email address  **lawoffice@lepantlaw.com**

**20104**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................   $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $    70,025.10

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $    70,025.10

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................   $    200,116.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................   $    121,361.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    839,574.00

4.   Total liabilities ............................................................................................
    Lines 2 + 3a + 3b   $    1,161,051.00

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **American National Bank**  **Balance As Of 2/17/17** | **Checking** | **0154** | $785.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $785.00 |
|---|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **75,327.40** | - | **28,027.30** | = .... | $47,300.10 |
| | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **McBattas Packaging & Printing, Inc** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$47,300.10

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **7 Desks @ $25 a piece** | **$175.00** | | **$175.00** |
| **Desk & Office Furniture** | **$1,000.00** | | **$1,000.00** |
| **File Cabinets & Misc. Tables** | **$300.00** | | **$300.00** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **7 Computers @ $100 each** | **$700.00** | | **$700.00** |
| **4 Printers @ $35.00** | **$140.00** | | **$140.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$2,315.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **McBattas Packaging & Printing, Inc**                                    Case number *(If known)* _____
            Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating<br>homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **3 Digital Presses** | $0.00 | | $0.00 |
| **Laser Die Cutter** | $0.00 | | $0.00 |
| **Fork Lift** | $3,000.00 | | $3,000.00 |
| **Strapper** | $100.00 | | $100.00 |
| **Hydro Foggers (3)** | $250.00 | | $250.00 |
| **2 Heidelberg Die Cutters** | $1,500.00 | | $1,500.00 |
| **Folder** | $100.00 | | $100.00 |
| **Folder & Gluer** | $5,000.00 | | $5,000.00 |
| **Shrink Wrap Machine** | $250.00 | | $250.00 |
| **Heat Tunnel** | $200.00 | | $200.00 |
| **Coater** | $1,000.00 | | $1,000.00 |
| **Komgsburg Die Cutter** | $1,500.00 | | $1,500.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **McBattas Packaging & Printing, Inc**_____    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Screen Burner** | **$200.00** | | **$200.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| **$13,100.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Paper Drill**_____    **$50.00**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **McBattas Packaging & Printing, Inc**    Case number *(If known)* _____
　　　　　Name

| | |
|---|---:|
| **Stitcher** | $50.00 |
| **Bander** | $200.00 |
| **Tools** | $250.00 |
| **Cutter** | $750.00 |
| **Misc. Tables and Stands** | $100.00 |
| **Kitchen Items** | $125.00 |
| **Supplies** | $5,000.00 |

78.    **Total of Part 11.**
　　　　Add lines 71 through 77. Copy the total to line 90.

$6,525.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **McBattas Packaging & Printing, Inc**                                    Case number *(If known)* _____
              Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $785.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $47,300.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,315.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,525.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $70,025.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $70,025.10 |

**Fill in this information to identify the case:**

Debtor name    **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Astra Bank**<br>Creditor's Name<br><br>**PO Box 10**<br>**Belleville, KS 66935-0010**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. The First National Bank Of Fairbury**<br>**2. City of Fairbury**<br>**3. Astra Bank** | Describe debtor's property that is subject to a lien<br>**UCC Financing Statement dtd 1/6/2015**<br>**Inventory, Equipment, Chattel Paper, Instruments, Intangibles, Accounts**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,000.00 | $98,052.40 |
| **2.2**  **City of Fairbury**<br>Creditor's Name<br><br>**PO Box 554**<br>**Fairbury, NE 68352-0554**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**UCC Financing Statement dtd 3/27/2012**<br>**Equiptment, Inventory, Accounts, Intangibles, Fixtures, Other Property and Proceeds**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $25,437.00 | $98,052.40 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **McBattas Packaging & Printing, Inc**
_____    Case number (if know) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. The First National Bank Of Fairbury** | |
| **2. City of Fairbury** | |
| **3. Astra Bank** | |

| 2.3 | **The First National Bank Of Fairbury** | **Describe debtor's property that is subject to a lien** | $114,679.00 | $98,052.40 |
|---|---|---|---|---|

Creditor's Name

**UCC Financing Statement dated 1/31/2011 Accounts, Inventory, Equipment and General Intangibles**

**PO Box 418**
**Fairbury, NE 68352-0418**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. The First National Bank Of Fairbury** | |
| **2. City of Fairbury** | |
| **3. Astra Bank** | |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $200,116.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SENDD** **2100 Fletcher Ave Ste 100** **Lincoln, NE 68521-5862** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name  **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$121,361.00** | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address<br>**State Of Nebraska Dept Of Revenue**<br><br>**PO Box 94818**<br><u>**Lincoln, NE 68509-4818**</u> | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **unknown** | $0.00 |
|---|---|---|---|
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**Advertising Specialty Institute**

PO Box 15017
Wilmington, DE 19886-5017

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,499.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Allcasion Travelware Company**

2854 Supply Ave
Commerce, CA 90040-2706

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$769.00**

---

**3.3** | Nonpriority creditor's name and mailing address

**Alphajbroder**

23591 Network Pl
Chicago, IL 60673-1235

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$36.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Anything Electric**

310 E St
Fairbury, NE 68352-2527

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,250.00**

---

**3.5** | Nonpriority creditor's name and mailing address

**Applied Industrial Technologies**

22510 Network Pl
Chicago, IL 60673-1225

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**B&R Moll**

774 Nina Way
Warminster, PA 18974-2834

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$328.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Beatrice Fire Protection**

1323 May St
Beatrice, NE 68310-3144

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$96.00**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **McBattas Packaging & Printing, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$334.00**

**Brown Transfer**

PO Box 158
Kearney, NE 68848-0158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00**

**Buehler Plumbing & Heating**

515 6th St
Fairbury, NE 68352-2303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,401.00**

**Cannon Financial Services**

14904 Collection Center Dr
Chicago, IL 60693-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00**

**Cannon Solutions America**

15004 Collection Center Dr
Chicago, IL 60693-0150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,097.00**

**Capital One Bank**

PO Box 60599
City of Industry, CA 91716-0599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,405.00**

**Case Paper**

900 W 45th St
Chicago, IL 60609-3303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,961.00**

**Century Converting**

1101 Fort Crook Rd N
Bellevue, NE 68005-4216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,257.00**

Chase Cardmember Service

PO Box 94014
Palatine, IL 60094-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,695.00**

Chase Ink Card

PO Box 94014
Palatine, IL 60094-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown**

Citibank / Choice

PO Box 688901
Des Moines, IA 50368-8901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600,320.00**

Data Sales Co., Inc

3450 W Burnsville Pkwy
Burnsville, MN 55337-4203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,576.00**

Davis and Pierce Die Service

6602 Royal St Ste A
Pleasant Valley, MO 64068-8722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,703.00**

Denise Andersen

56040 716th Rd
Fairbury, NE 68352-5057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,842.00**

Diller Electric

71085 Highway 103
Diller, NE 68342-4031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,137.00**

**Diode Communications**

300 Commercial St
Diller, NE 68342

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00**

**Diode Technologies**

300 Commercial St
Diller, NE 68342-4094

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,670.00**

**Ennis Business Forms**

PO Box 841741
Dallas, TX 75284-1741

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Esko - Graphics, Inc**

33066 Collection Center Dr
Chicago, IL 60693-0330

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,175.00**

**Essdendant Receivables, LLC**

1708 Solutions Ctr
Chicago, IL 60677-1007

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,111.00**

**Evanston Paper**

8075 Solutions Ctr
Chicago, IL 60677-8000

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Fairbury Glass**

512 4th St
Fairbury, NE 68352-2616

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | McBattas Packaging & Printing, Inc | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Fairbury Light & Water Department**

**121 W 3rd St**
**Fairbury, NE 68352-2201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,209.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Farmers Cooperative**

**208 W Depot St**
**Dorchester, NE 68343-2375**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$131.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Field Paper Company**

**3950 D St**
**Omaha, NE 68107-1101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,590.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**FireSpring**

**1201 Infinity Ct**
**Lincoln, NE 68512-9340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$272.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**

**First National Bank Of Omaha**

**PO Box 2818**
**Omaha, NE 68103-2818**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$11,416.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Flag Factory / Dunn Mfg**

**PO Box 636969**
**Cincinnati, OH 45263-6969**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$98.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Flagship Publising, Inc**

**PO Box 1974**
**Estes Park, CO 80517-1974**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$539.00**

---

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Franklin Estimating**

416 Park St
Layton, UT 84041-3635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,095.00**

**Fuji Film / Graphic Systems Divsion**

850 Central Ave
Hanover Park, IL 60133-5422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131.00**

**Global Experience Specialists**

PO Box 96174
Chicago, IL 60693-6174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252.00**

**Go Digitizing, Inc**

334 Sweet Ave
Buffalo, NY 14212-1508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$404.00**

**H & H**

450 Corporate Woods Pkwy
Vernon Hills, IL 60061-4117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.00**

**Harris Electronics**

PO Box 672
Fairbury, NE 68352-0672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**Heavy Company**

PO Box 81527
Lincoln, NE 68501-1527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

Nonpriority creditor's name and mailing address

**Jefferson County Treasurer**

**411 4th St**
**Fairbury, NE 68352-2536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

---

**3.44**

Nonpriority creditor's name and mailing address

**JP Cooke, Co.**

**1311 Howard St**
**Omaha, NE 68102-2820**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.45**

Nonpriority creditor's name and mailing address

**Jubilee**

**1722 Chase Dr**
**Fenton, MO 63026-2002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$197.00**

---

**3.46**

Nonpriority creditor's name and mailing address

**Key Equipment Finance**

**PO Box 74713**
**Cleveland, OH 44194-0796**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,314.00**

---

**3.47**

Nonpriority creditor's name and mailing address

**Kodak**

**1778 Solutions Ctr**
**Chicago, IL 60677-1007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,863.00**

---

**3.48**

Nonpriority creditor's name and mailing address

**Lee Enterprises**

**PO Box 80528**
**Lincoln, NE 68501-0528**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.49**

Nonpriority creditor's name and mailing address

**M & D Auto**

**620 C St**
**Fairbury, NE 68352-2347**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$271.00**

---

| Debtor | McBattas Packaging & Printing, Inc | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

---

**3.50**

Nonpriority creditor's name and mailing address

**Maatsch Oil Company**

**1515 K St**
**Fairbury, NE 68352-1311**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,071.00**

---

**3.51**

Nonpriority creditor's name and mailing address

**Melissa Data Corporation**

**22382 Avenida Empresa**
**Rancho Santa Margarita, CA 92688-2112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$895.00**

---

**3.52**

Nonpriority creditor's name and mailing address

**Melissa Data Corporation**

**22382 Avenida Empresa**
**Rancho Santa Margarita, CA 92688-2112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$895.00**

---

**3.53**

Nonpriority creditor's name and mailing address

**Mid America Printed Products**

**5401 Hayes St**
**Merriam, KS 66203-2160**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.54**

Nonpriority creditor's name and mailing address

**Midlands Packaging Corp**

**4641 N 56th St**
**Lincoln, NE 68504-1716**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$751.00**

---

**3.55**

Nonpriority creditor's name and mailing address

**Midwest Alarm**

**1104 6th St**
**Sioux City, IA 51101-1908**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$286.00**

---

**3.56**

Nonpriority creditor's name and mailing address

**National Paperboard Group**

**PO Box 1316**
**Lakeville, MN 55044-1316**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,069.00**

---

| Debtor | **McBattas Packaging & Printing, Inc** | |
|---|---|---|
| | Name | |
| | Case number (if known) | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.00**

**NE Transport Co.**

1225 Country Club Rd
Gering, NE 69341-1738

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$656.00**

**New American Embroidery**

1208 Geer Hwy
Travelers Rest, SC 29690-9763

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00**

**Nick's Service**

1512 F St
Fairbury, NE 68352-1332

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$344.00**

**Pitney Bowes Purchase Power**

PO Box 37184
Pittsburgh, PA 15250

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,389.00**

**Plymouth Electric, Inc**

211 E Main
Plymouth, NE 68424

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,971.00**

**Printco**

14112 Industrial Rd
Omaha, NE 68144-3332

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$618.00**

**Printers' Service**

PO Box 5120
Newark, NJ 07105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Purple Splash**

1816 M St
Belleville, KS 66935-2206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,469.00**

**S&S Activewear**

581 Territorial Dr
Bolingbrook, IL 60440-3543

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$757.00**

**Safety-Kleen**

PO Box 650509
Dallas, TX 75265-0509

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,862.00**

**Schulz & Associates, PC**

PO Box 535
Fairbury, NE 68352-0535

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,312.00**

**Seachange**

14505 27th Ave N
Plymouth, MN 55447-4802

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,223.00**

**Solution One**

PO Box 790448
Saint Louis, MO 63179-0448

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00**

**Southwest Binding & Laminating**

PO Box 150
Maryland Heights, MO 63043-9150

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71** Nonpriority creditor's name and mailing address

**SPSI, Inc**

9825 85th Ave N Ste 100
Maple Grove, MN 55369-4520

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.72** Nonpriority creditor's name and mailing address

**Starr Plumbing, LLC**

1201 Pwf Rd
Fairbury, NE 68352-4514

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,068.00**

---

**3.73** Nonpriority creditor's name and mailing address

**TEC Lighting**

115 Arovista Cir
Brea, CA 92821-3830

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.74** Nonpriority creditor's name and mailing address

**Time Warner Cable**

506 C St
Fairbury, NE 68352-2345

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**unknown**

---

**3.75** Nonpriority creditor's name and mailing address

**ULine**

PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$586.00**

---

**3.76** Nonpriority creditor's name and mailing address

**Unifirst Corporation**

1309 NW Western Ave
Topeka, KS 66608-2102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$541.00**

---

**3.77** Nonpriority creditor's name and mailing address

**UPS**

PO Box 577
Carol Stream, IL 60132-0577

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

| Debtor | McBattas Packaging & Printing, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,478.00 |
|---|---|---|---|

**US Bank**

PO Box 790408
Saint Louis, MO 63179-0408

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244.00 |
|---|---|---|---|

**Valley Forge Flags**

PO Box 5979
Wyomissing, PA 19610-5979

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,821.00 |
|---|---|---|---|

**Veritiv**
C/O Confidential Credit Consultants
1021 Aurora Ave
Naperville, IL 60540-5292

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,171.00 |
|---|---|---|---|

**Wells Fargo Business Direct**

PO Box 29482
Phoenix, AZ 85038-9482

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,762.00 |
|---|---|---|---|

**Western States Envelopes & Label**

PO Box 205216
Dallas, TX 75320-5216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,931.00 |
|---|---|---|---|

**Whittenburg, Inc**

2502 S Main St
Springfield, TN 37172-4528

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **McBattas Packaging & Printing, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | CST Co. Inc<br>PO Box 224768<br>Dallas, TX 75222-4768 | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Dakota County Court Admin.<br>1560 Highway 55<br>Hastings, MN 55033-2343 | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Euler Hermes Collections<br>800 Red Brook Blvd Ste 400C<br>Owings Mills, MD 21117-5173 | Line **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Financial Adjustment Service, Inc<br>10105 E Via Linda Ste 103-236<br>Scottsdale, AZ 85258-5360 | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Latenser & Johnson, P.C.<br>12337 Gold St<br>Omaha, NE 68144-2760 | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Messerli & Kramer, PA<br>C/O Joshua Hasko<br>100 S 5th St<br>Minneapolis, MN 55402-1210 | Line **3.18**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 121,361.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 839,574.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 960,935.00 |

**Fill in this information to identify the case:**

Debtor name   **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest   **3 Digital Presses** | |
| State the term remaining   **58 Months** | |
| List the contract number of any government contract | **Canon** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest   **Laser Die Cutter** | |
| State the term remaining   **4 Months** | |
| List the contract number of any government contract | **Key Equipment Finance**<br>**PO Box 74713**<br>**Cleveland, OH 44194-0796** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Frederick A Arnold** | **1220 M St Fairbury, NE 68352-1754** | **Astra Bank** | ■ D    **2.1** ☐ E/F ☐ G |
| 2.2 | **Frederick A Arnold** | **1220 M St Fairbury, NE 68352-1754** | **Capital One Bank** | ☐ D ■ E/F    **3.12** ☐ G |
| 2.3 | **Frederick A Arnold** | **1220 M St Fairbury, NE 68352-1754** | **Chase Cardmember Service** | ☐ D ■ E/F    **3.15** ☐ G |
| 2.4 | **Frederick A Arnold** | **1220 M St Fairbury, NE 68352-1754** | **Chase Ink Card** | ☐ D ■ E/F    **3.16** ☐ G |
| 2.5 | **Frederick A Arnold** | **1220 M St Fairbury, NE 68352-1754** | **City of Fairbury** | ■ D    **2.2** ☐ E/F ☐ G |
| 2.6 | **Frederick A Arnold** | **1220 M St Fairbury, NE 68352-1754** | **Data Sales Co., Inc** | ☐ D ■ E/F    **3.18** ☐ G |

| Debtor | **McBattas Packaging & Printing, Inc** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Frederick A Arnold** | **1220 M St**<br>**Fairbury, NE 68352-1754** | **First National Bank Of Omaha** | ☐ D _____<br>■ E/F  **3.33**<br>☐ G _____ |
| 2.8 | **Frederick A Arnold** | **1220 M St**<br>**Fairbury, NE 68352-1754** | **Kodak** | ☐ D _____<br>■ E/F  **3.47**<br>☐ G _____ |
| 2.9 | **Frederick A Arnold** | **1220 M St**<br>**Fairbury, NE 68352-1754** | **Pitney Bowes Purchase Power** | ☐ D _____<br>■ E/F  **3.60**<br>☐ G _____ |
| 2.10 | **Frederick A Arnold** | **1220 M St**<br>**Fairbury, NE 68352-1754** | **The First National Bank Of Fairbury** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Frederick A Arnold** | **1220 M St**<br>**Fairbury, NE 68352-1754** | **US Bank** | ☐ D _____<br>■ E/F  **3.78**<br>☐ G _____ |
| 2.12 | **Frederick A Arnold** | **1220 M St**<br>**Fairbury, NE 68352-1754** | **Wells Fargo Business Direct** | ☐ D _____<br>■ E/F  **3.81**<br>☐ G _____ |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

---

**Fill in this information to identify the case:**

Debtor name   **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | $75,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Freddie J Arnold** | | $36,773.87 | **Wages** |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **McBattas Packaging & Printing, Inc**                    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Lori Arnold** | | **$19,982.04** | **Wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Data Sales Co., Inc**<br>**3450 W Burnsville Pkwy**<br>**Burnsville, MN 55337-4203** | **Digital Printing Press** | **September 2016** | **$569,425.00** |
| **First National Bank Of Fairbury**<br>**423 5th St**<br>**Fairbury, NE 68352-2501** | **Real Estate** | **October 2016** | **$300,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Data Sales Co., Inc. vs. McBattas Packging & Printing, Inc**<br>**19HA CV-16-3895** | **Collections** | **Dakota County Court, State of Minnesota** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **McBattas Packaging & Printing, Inc**                    Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    □ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lepant & Kratz, PC, LLO** **119 N 5th St** **Beatrice, NE 68310-3902** | **Attorney Fees** | **2/16/2017** | **$2,722.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Fred Arnold** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    □ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | **2412 Industrial Ave** **Fairbury, NE 68352** | | **October 2016 thru 1998** |

Debtor    **McBattas Packaging & Printing, Inc**                                      Case number *(if known)* _____

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **The First National Bank Of Fairbury**<br>**PO Box 418**<br>**Fairbury, NE 68352-0418** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 2016** | **$1,500.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **McBattas Packaging & Printing, Inc**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|
| | | |

Debtor   **McBattas Packaging & Printing, Inc**                    Case number *(if known)* _____

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **American National Bank**<br>**8990 W Dodge Rd**<br>**Omaha, NE 68114-3329** | **Present - May 2015** |
| 26a.2. | **Schultz & Associates**<br>**600 6th St**<br>**Fairbury, NE 68352** | **Present - 1996** |
| 26a.3. | **The First National Bank Of Fairbury**<br>**PO Box 418**<br>**Fairbury, NE 68352-0418** | **Present - 1990** |
| 26a.4. | **Astra Bank**<br>**PO Box 10**<br>**Belleville, KS 66935-0010** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Schultz & Associates**<br>**600 6th St**<br>**Fairbury, NE 68352** | **Present - 1996** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Schultz & Associates**<br>**600 6th St**<br>**Fairbury, NE 68352** | **Present - 1996** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Schultz & Associates**<br>**600 6th St**<br>**Fairbury, NE 68352** |
| 26d.2. | **American National Bank**<br>**8990 W Dodge Rd**<br>**Omaha, NE 68114-3329** |
| 26d.3. | **Astra Bank**<br>**PO Box 10**<br>**Belleville, KS 66935-0010** |
| 26d.4. | **The First National Bank Of Fairbury**<br>**PO Box 418**<br>**Fairbury, NE 68352-0418** |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **McBattas Packaging & Printing, Inc**                                Case number *(if known)* _____

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fredrick A Arnold | | President / Treasurer / Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lori Arnold | | Secretary / Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fredrick J Arnold | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katie Arnold | | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Freddie J Arnold** | | | **Salary** |
| **Relationship to debtor** | | | |
| 30.2 **Lori Arnold** | | | **Salary** |
| **Relationship to debtor** | | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **McBattas Packaging & Printing, Inc**    Case number *(if known)*

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2017**

**/s/ Frederick A Arnold**                           **Frederick A Arnold**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nebraska, Lincoln Division

In re __McBattas Packaging & Printing, Inc__                          Case No. _____

                                              Debtor(s)                Chapter    __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 2,722.50 |
    | Prior to the filing of this statement I have received | $ | 2,722.50 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **F. Reaffirmation Agreements**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **a. Credit Report (s);**
        **b. Credit Counseling Fees;**
        **c. Debtor Education Class Fees;**
        **d. Adversary Proceedings;**
        **e. Defending Objections to Exemptions**
        **f. Conversion to Another Chapter;**
        **g. Rule 2004 Examinations; and**
        **h. Presumption of Abuse Rebuttal Proceeding**
        **i. Motions to Avid Liens**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__February 16, 2017__                          __/s/ David P. Lepant__
*Date*                                          **David P. Lepant**
                                                *Signature of Attorney*
                                                **Lepant Law Office, P.C. LLO**

                                                **119 N 5th St**
                                                **Beatrice, NE 68310-3902**

                                                __lawoffice@lepantlaw.com__
                                                *Name of law firm*

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **McBattas Packaging & Printing, Inc**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA, LINCOLN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2017**    X **/s/ Frederick A Arnold**
                                          Signature of individual signing on behalf of debtor

                                          **Frederick A Arnold**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**United States Bankruptcy Court**
**District of Nebraska, Lincoln Division**

IN RE:                                                          Case No. _____

McBattas Packaging & Printing, Inc                             Chapter **7** _____
                     Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 16, 2017** _____    Signature: */s/ Frederick A Arnold* _____

                                                  **Frederick A Arnold, President**                  Debtor


Date: _____    Signature: _____

                                                                                        Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Advertising Specialty Institute
PO Box 15017
Wilmington, DE  19886-5017


Allcasion Travelware Company
2854 Supply Ave
Commerce, CA  90040-2706


Alphajbroder
23591 Network Pl
Chicago, IL  60673-1235


Anything Electric
310 E St
Fairbury, NE  68352-2527


Applied Industrial Technologies
22510 Network Pl
Chicago, IL  60673-1225


Astra Bank
PO Box 10
Belleville, KS  66935-0010


B&R Moll
774 Nina Way
Warminster, PA  18974-2834

Beatrice Fire Protection
1323 May St
Beatrice, NE  68310-3144


Brown Transfer
PO Box 158
Kearney, NE  68848-0158


Buehler Plumbing & Heating
515 6th St
Fairbury, NE  68352-2303


Cannon Financial Services
14904 Collection Center Dr
Chicago, IL  60693-0149


Cannon Solutions America
15004 Collection Center Dr
Chicago, IL  60693-0150


Capital One Bank
PO Box 60599
City of Industry, CA  91716-0599


Case Paper
900 W 45th St
Chicago, IL  60609-3303

Century Converting
1101 Fort Crook Rd N
Bellevue, NE  68005-4216


Chase Cardmember Service
PO Box 94014
Palatine, IL  60094-4014


Chase Ink Card
PO Box 94014
Palatine, IL  60094-4014


Citibank / Choice
PO Box 688901
Des Moines, IA  50368-8901


City of Fairbury
PO Box 554
Fairbury, NE  68352-0554


CST Co. Inc
PO Box 224768
Dallas, TX  75222-4768


Dakota County Court Admin.
1560 Highway 55
Hastings, MN  55033-2343

Data Sales Co., Inc
3450 W Burnsville Pkwy
Burnsville, MN  55337-4203


Davis and Pierce Die Service
6602 Royal St Ste A
Pleasant Valley, MO  64068-8722


Denise Andersen
56040 716th Rd
Fairbury, NE  68352-5057


Diller Electric
71085 Highway 103
Diller, NE  68342-4031


Diode Communications
300 Commercial St
Diller, NE  68342


Diode Technologies
300 Commercial St
Diller, NE  68342-4094


Ennis Business Forms
PO Box 841741
Dallas, TX  75284-1741

Esko - Graphics, Inc
33066 Collection Center Dr
Chicago, IL  60693-0330


Essdendant Receivables, LLC
1708 Solutions Ctr
Chicago, IL  60677-1007


Euler Hermes Collections
800 Red Brook Blvd Ste 400C
Owings Mills, MD  21117-5173


Evanston Paper
8075 Solutions Ctr
Chicago, IL  60677-8000


Fairbury Glass
512 4th St
Fairbury, NE  68352-2616


Fairbury Light & Water Department
121 W 3rd St
Fairbury, NE  68352-2201


Farmers Cooperative
208 W Depot St
Dorchester, NE  68343-2375

Field Paper Company
3950 D St
Omaha, NE  68107-1101


Financial Adjustment Service, Inc
10105 E Via Linda Ste 103-236
Scottsdale, AZ  85258-5360


FireSpring
1201 Infinity Ct
Lincoln, NE  68512-9340


First National Bank Of Omaha
PO Box 2818
Omaha, NE  68103-2818


Flag Factory / Dunn Mfg
PO Box 636969
Cincinnati, OH  45263-6969


Flagship Publising, Inc
PO Box 1974
Estes Park, CO  80517-1974


Franklin Estimating
416 Park St
Layton, UT  84041-3635

Fuji Film / Graphic Systems Divsion
850 Central Ave
Hanover Park, IL  60133-5422


Global Experience Specialists
PO Box 96174
Chicago, IL  60693-6174


Go Digitizing, Inc
334 Sweet Ave
Buffalo, NY  14212-1508


H & H
450 Corporate Woods Pkwy
Vernon Hills, IL  60061-4117


Harris Electronics
PO Box 672
Fairbury, NE  68352-0672


Heavy Company
PO Box 81527
Lincoln, NE  68501-1527


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Jefferson County Attorney
411 4th St
Fairbury, NE  68352-2536


Jefferson County Treasurer
411 4th St
Fairbury, NE  68352-2536


JP Cooke, Co.
1311 Howard St
Omaha, NE  68102-2820


Jubilee
1722 Chase Dr
Fenton, MO  63026-2002


Key Equipment Finance
PO Box 74713
Cleveland, OH  44194-0796


Kodak
1778 Solutions Ctr
Chicago, IL  60677-1007


Latenser & Johnson, P.C.
12337 Gold St
Omaha, NE  68144-2760

Lee Enterprises
PO Box 80528
Lincoln, NE  68501-0528


M & D Auto
620 C St
Fairbury, NE  68352-2347


Maatsch Oil Company
1515 K St
Fairbury, NE  68352-1311


Melissa Data Corporation
22382 Avenida Empresa
Rancho Santa Margarita, CA  92688-2112


Messerli & Kramer, PA
C/O Joshua Hasko
100 S 5th St
Minneapolis, MN  55402-1210


Mid America Printed Products
5401 Hayes St
Merriam, KS  66203-2160


Midlands Packaging Corp
4641 N 56th St
Lincoln, NE  68504-1716

Midwest Alarm
1104 6th St
Sioux City, IA   51101-1908


National Paperboard Group
PO Box 1316
Lakeville, MN   55044-1316


NE Transport Co.
1225 Country Club Rd
Gering, NE   69341-1738


New American Embroidery
1208 Geer Hwy
Travelers Rest, SC   29690-9763


Nick's Service
1512 F St
Fairbury, NE   68352-1332


Pitney Bowes Purchase Power
PO Box 37184
Pittsburgh, PA   15250


Plymouth Electric, Inc
211 E Main
Plymouth, NE   68424

Printco
14112 Industrial Rd
Omaha, NE  68144-3332


Printers' Service
PO Box 5120
Newark, NJ  07105


Purple Splash
1816 M St
Belleville, KS  66935-2206


S&S Activewear
581 Territorial Dr
Bolingbrook, IL  60440-3543


Safety-Kleen
PO Box 650509
Dallas, TX  75265-0509


Schulz & Associates, PC
PO Box 535
Fairbury, NE  68352-0535


Seachange
14505 27th Ave N
Plymouth, MN  55447-4802

SENDD
2100 Fletcher Ave Ste 100
Lincoln, NE  68521-5862


Solution One
PO Box 790448
Saint Louis, MO  63179-0448


Southwest Binding & Laminating
PO Box 150
Maryland Heights, MO  63043-9150


SPSI, Inc
9825 85th Ave N Ste 100
Maple Grove, MN  55369-4520


Starr Plumbing, LLC
1201 Pwf Rd
Fairbury, NE  68352-4514


State Of Nebraska Dept Of Revenue
PO Box 94818
Lincoln, NE  68509-4818


TEC Lighting
115 Arovista Cir
Brea, CA  92821-3830

The First National Bank Of Fairbury
PO Box 418
Fairbury, NE  68352-0418


Time Warner Cable
506 C St
Fairbury, NE  68352-2345


ULine
PO Box 88741
Chicago, IL  60680-1741


Unifirst Corporation
1309 NW Western Ave
Topeka, KS  66608-2102


UPS
PO Box 577
Carol Stream, IL  60132-0577


US Bank
PO Box 790408
Saint Louis, MO  63179-0408


Valley Forge Flags
PO Box 5979
Wyomissing, PA  19610-5979

Veritiv
C/O Confidential Credit Consultants
1021 Aurora Ave
Naperville, IL  60540-5292


Wells Fargo Business Direct
PO Box 29482
Phoenix, AZ  85038-9482


Western States Envelopes & Label
PO Box 205216
Dallas, TX  75320-5216


Whittenburg, Inc
2502 S Main St
Springfield, TN  37172-4528